JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH ANN PERNA, | SA CV 09-1099-MMM (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARY LATTIMORE, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's amended report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 24, 2010

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE